DANIEL G. BOGDEN
United States Attorney
RUSSELL E. MARSH
Assistant U.S. Attorney
United States Federal Courthouse
333 Las Vegas Blvd., South, Fifth Floor
Las Vegas, NV 89101
Telephone: (702) 388-6336
Fax: (702) 388-6020

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:91-cr-00126-LDG-RJJ |
| Plaintiff, | ) | |
| | ) | MOTION AND |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| LORAND A. BODOLAY, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby, based on the confirmed death of the defendant, dismisses with prejudice, and in the interest of justice, the Criminal Indictment, filed in this matter on or about June 5, 1991, and requests that the case be closed.

This the 14th day of October, 2010.

DANIEL G. BOGDEN
United States Attorney

/s/ Russell E. Marsh
RUSSELL E. MARSH
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal with prejudice and the case is ordered closed.

DATED this 20 day of October 2010.

_____
Lloyd D. George
United States District Court Judge